# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1930.  QUILLIAN D. SMITH v. THE STATE.**

In 1994, Quillian D. Smith pled guilty to kidnapping, aggravated assault, and attempted armed robbery.  He later filed a motion to vacate illegal sentence, arguing that the aggravated assault and attempted armed robbery charges should have merged. The trial court denied the motion, and Smith appeals.[1]

An appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*,286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Smith's merger argument is a challenge to his convictions, not to his sentence.  See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010).  Because Smith has not raised a valid void-sentence claim, we lack jurisdiction to consider this appeal.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  06/25/2014
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Smith appealed to the Supreme Court, which transferred the case here upon finding that jurisdiction was not proper there.